# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KEIKO INTERNATIONAL, INC.,

     Plaintiff,

v.

SCIENTIFIC ENVIRONMENTAL
INSTRUMENTS, INC.,

     Defendant.

Case No. 2:12-CV-00386-KJD-GWF

**ORDER**

     Plaintiff's Complaint (#1) was filed March 8, 2012.   Service of the summons and complaint was executed on Defendant on March 26, 2012.  Defendant's answer was due on April 16, 2012. However, Defendant has failed to answer or otherwise respond to the complaint. Therefore, the Court orders Plaintiff to file a status report, motion for entry of default judgment, or notice of voluntarily dismissal no later than August 24, 2012.

**IT IS SO ORDERED.**

     DATED this 6th day of August 2012.

_____
Kent J. Dawson
United States District Judge